United States of America

v

Diawara Alpha

Docket No: 1S117CR422-02 PKC

Dear Honorable United States Judge P. Kevin Castel,

I am writting this motion to ask the court to appoint me an Attorney for the CARES Act to apply the CARES ACT for me as of my health and I was abuse sexually at allenwood Medium institution and administrative Remedy # is 1011261-F1 and I also was chocked by an officer and the Adminis Remedy # is 1041492-R1, I suffer of Astma, mental disorder, Chronic mental problems and I have spend 10 months in Special Housing Unit due to the sexual Abuse and be transfer at a lower security facility

I am respectfully asking the court to appoint m a legal help to apply for the Cares Act, for the following Reasons I need legal Relp or an Attorney

Respectfully yours

Diawara Alpha

COPY MAILED TO: Alpha Diawara, Register Number: 79396-054, Big Spring Correctional Institution, 2001 Rickabaugh Drive, Big Spring, TX 79720

United States of America
v
Diawara Alpha

Docket No: 1)S1 17 Cr 422-0: PKC

Dear the Court,

I would like to Court to appoint me an attorney so I that can help me applied for the CARES Act under the COVID 19, the prisons are getting infected daily.

I'am asking the Court to appoint me an attorney to apply for the CARES Acts, home confinment, Sentence reduction, etc...)

Respectfully yours

Diawara Alph[a]
79396054

Under the CARES Act, the Court does not have the authority to order that a portion of a defendant's sentence be served in home confinement. That authority is entrusted to the Bureau of Prisons. If defendant is seeking a sentence reduction under the First Step Act, he must first make application to the Warden of the facility, and after either it is denied or 30 days have passed, he may file an application with the Court for a sentence reduction for "extraordinary and compelling" reasons. The application for appointment of counsel is DENIED without prejudice.
SO ORDERED.
4/22/21

_____
P. Kevin Castel
United States District Judge

Diawara Nyavia
# 79396084
Moshannon Valley Correction Center
Unit C3
555 Geo Drive
Philipsburg, PA 16886

Criminal
Dockething

United States Court House
Southern District of New York
500 Pearl Street
New York, NY 10007