UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                  17 CR 422 (PKC)

        -against-                            ORDER

Alpha Diawara,

                    Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Jason E. Foy, a member of the CJA panel is appointed to represent Mr.

Diawara at the VOSR scheduled on December 7, 2022 at noon.  James M. Branden's leave to

withdraw is granted.

        SO ORDERED.

                                      P. Kevin Castel
                               United States District Judge

Dated: New York, New York
       November 29, 2022