UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      17 CR 422 (PKC)

        -against-                                       ORDER

Alpha Diawara,

                              Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        VOSR conference previously scheduled for June 1, 2023 is adjourned to June 7, 2023 at 10:30 a.m. in Courtroom 11D.

        SO ORDERED.

                                                            *P. Kevin Castel*
                                                            P. Kevin Castel
                                                       United States District Judge

Dated: New York, New York
          April 28, 2023